AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

John Zellner, Gerald L. Carlson, Robert H. Marty, Timothy Robinette, David Drury, Stephen M. Haley, Dale A. Knops, Patrick J. Sullivan, Robert E. Bremel, Jimmy W. Lee and James R. Tandberg,

V.

Flint Ink Corporation, a foreign corporation, and Flint Ink North American Corporation, a foreign corporation,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1676 (DSD/JSM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
defendants' motion for summary judgment is granted.

October 31, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Heather Labat, Deputy Clerk

23