UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John Zellner, Gerald L. Carlson,
Robert H. Marty, Timothy Robinette,
David Drury, Stephen M. Haley,
Dale A. Knops, Patrick J. Sullivan,
Robert E. Bremel, Jimmy W. Lee, and
James R. Tandberg,

Plaintiffs,

**NOTICE OF APPEAL**

v.

Flint Ink Corporation,
a foreign corporation,
Flint Ink North America Corporation,
a foreign corporation,

Defendants.

Court File No. 01-1676 DSD/JSM

---

**PLEASE TAKE NOTICE** that Plaintiffs, John Zellner, Gerald L. Carlson, Robert H. Marty, Timothy Robinette, David Drury, Stephan M. Haley, Dale A. Knops, Patrick J. Sullivan, Robert E. Bremel, Jimmy W. Lee, and James R. Tandberg, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order of this Court entered in this action on the October 31, 2003, granting Defendant Flint Ink Corporation's Motion for Summary Judgment.

Dated: 11/25/03

NICHOLS, KASTER & ANDERSON PLLP

By ______________________
Paul J. Lukas, Reg. #22084X
Steven Andrew Smith, Reg. #260836
4644 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF

24

FILED NOV 25 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

Richard D. Sletten, Clerk

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** November 26, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Heather Labat, Deputy Clerk

**In Re:** District Court Case No.: 01-cv-1676 DSD/JSM
Eighth Circuit Case No.:
Case Title: Zellner, et al v Flint Ink Corp., et al

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- ☒ Notice of Appeal
- ☒ Order/Judgement appealed from
- ☒ Docket Entries
- ☒ Other:
  - ☒ The statutory filing fee has been paid, receipt # 143643.
  - ☐ The statutory filing fee has been waived:
    - ☐ USA filed appeal
    - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- ☐ Original File(s), consisting of file(s).
- ☐ Two certified copies, and one uncertified copy of updated docket sheet from .
- ☐ Designated Clerk's Record # .
- ☐ Other:
- ☐ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ________________________

Date Returned to USDC: ____________