# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3953

01-1676 DSD/JSM

| | | |
|---|---|---|
| John Zellner; Gerald L. Carlson; Robert H. Marty; Timothy Robinette; David Drury; Stephen M. Haley; Dale A. Knops; Patrick J. Sullivan; Robert E. Bremel; Jimmy W. Lee; James R. Tanberg. | * | Appeal from the United States District Court for the District of Minnesota |
| Appellants, | * | |
| vs. | * | |
| Flint Ink Corporation, a foreign corporation; Flint Ink North American Corporation, a foreign corportion, | * | |
| Appellees. | * | |

**JUDGMENT**

The joint motion for dismissal of this appeal is granted in accordance with the stipulation. The appeal is hereby dismissed.

The Court's mandate shall issue forthwith.

(5359-010199)

January 29, 2004

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

FEB 02 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

25

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans